IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY LEE HATTEN,** | : | Civil No. 1:13-cv-0209 |
| **Plaintiff,** | : | |
| v. | : | |
| **BRYAN BLEDSOE, Warden, et al.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation of the magistrate judge (Doc. 151) in which she recommends granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary affirmance. No objections have been filed.

Upon a thorough review of the 35-page report and recommendation, the undersigned finds that the recommendation is supported by law which is aptly applied to the facts of this case.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**;
2) Plaintiff's motion for summary affirmance and stay of briefing schedule (Doc. 148) is **DENIED**;
3) Defendant's motion for summary judgment (Doc. 130) is **GRANTED**;
4) The Clerk of Court is directed to close this case.

                                                    s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: January 9, 2019