IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY LEE HATTEN,** | : | Civil No. 1:13-cv-0209 |
| **Plaintiff,** | : | |
| v. | : | |
| **BRYAN BLEDSOE, Warden, et al.,** | : | Judge Sylvia H. Rambo |
| **Defendant.** | : | |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The motion for reconsideration (Doc. 154) is **GRANTED** insofar as the court deems Hatten's objections as timely filed and has given consideration to those objections;

2) The motion for reconsideration is **DENIED** insofar as the court finds that its prior order adopting the report and recommendation and granting Defendants' motion for summary judgment (Doc. 152) stands.

3) Any appeal taken from this order is deemed frivolous and not taken in good faith.

> s/Sylvia H. Rambo
> SYLVIA H. RAMBO
> United States District Judge

Dated: January 31, 2019